IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS           §

vs.                       §

SHERRI MILLIGAN, ET AL.    §

NO. 12-14-00332-CV

T/C NO. 12349-62-70

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAR 12 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Robert C. Morris, Appellant Pro Se, in the above-styled numbered cause, and respectfully files and submits this his Motion For Extension of Time, to file Appellate Brief. Morris seeks his second extension of time due to the following circumstances beyond his control.

I.

Morris is presently incarcerated at the Smith Unit of TDCJ in Lamesa, Texas. He is proceeding in this matter informa pauperis.

Morris also wishes to direct the Court's attention to a Motion For Immediate Court Order filed inaccompany of this motion on this date. The facts presented in that motion are the bases for this second extension of time.

Being indigent, Morris relies upon prison officials to obtain the necessary supplies to file court pleadings. For TDCJ this duty falls upon the Access To Courts department, which each unit has a ATC Supervisor. On the Smith Unit that person is Albert Jimenez.

On February 24, 2015, Morris requested 180 sheets of paper to prepare three(3) copies of his appellate brief. Mr. Jimenez refused to supply 180 sheets, instead providing 35 sheets of paper. Morris has sought relief from the administrative remedies available to him. The Step 1 grievance was returned on March 6, 2015, denying relief, stating Jimenez did nothing wrong despite U.S. Supreme Court law and TDCJ policy. Morris has appealed this decision to the next level, but a decision can take up to 40 days.

Morris's filing deadline is March 17, 2015. The likelihood that Morris is provided the necessary supplies by March 17, 2015 is very unlikely, even with a Court Order. Thus, Morris request a second extension of time of 30 days to new filing deadline of April 16, 2015, due to the circumstances presented herein and in accompanying motion for immediate court order.

Morris asserts he would have timely filed his appellate brief if he had had the necessary supplies. These circumstances are beyond Morris's control and the extension is not to cause delay or injury to parties involved.

PRAYER

WHEREFORE , PREMISES CONSIDERED , the Appellant Robert C. Morris , prays this Honorable Court grants an extension of time from March 17, 2015 to April 16, 2015 due to these extraordinary circumstances beyond Morris's control , in the interest of justice.

Respectfully Submitted ,

DATED : March 9 , 2015

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa , TX    79331

CERTIFICATE OF SERVICE

I . Robert C. Morris , declare under penalty of perjury , that the foregoing is true and correct , and further certify that a true and correct copy has been served upon Appellee's counsel Patrick Brezik , Asst. Attorney General , PO Box 12548 , Austin , Texas 78711-2548 by placing in the Smith Unit/TDCJ Prison Mail System on this the 9th day of March , 2009 .

Robert C. Morris
TDCJ-ID # 1311083
Appellant Pro Se

-2/2